THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KERSTIN G. HAGSTROM,<br><br>    Plaintiff,<br><br>    v.<br><br>SAFEWAY INC.,<br><br>    Defendant. | CASE NO. C21-0445-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Finding good cause the Court hereby ORDERS as follows: The parties' stipulated motion for a continuance (Dkt. No. 13) is GRANTED. The current scheduling order (Dkt. No. 11) is MODIFIED as follows:

| | |
|---|---|
| Discovery cutoff | September 30, 2022 |
| LCR 39.1 mediation deadline | October 14, 2022 |
| Dispositive motion deadline | November 11, 2022 |
| Proposed pretrial order | January 13, 2023 |
| Trial briefs, proposed voir dire, jury instructions, and verdict forms | January 19, 2023 |
| **Trial date** | January 23, 2023 |

MINUTE ORDER
C21-0445-JCC
PAGE - 1

The parties must review and comply with the Court's chambers procedures on its website, which contain additional details and requirements regarding pretrial procedures.

DATED this 10th day of March 2022.

<u>Ravi Subramanian</u><br>
Clerk of Court<br><br>
<u>s/Sandra Rawski</u><br>
Deputy Clerk